# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| MARY ALDRICH,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a corporation; and JOHN DOE I-V,<br><br>Defendants. | Cause No. CV 24-12-BLG-SPW<br><br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Upon the Joint Stipulation for Dismissal with Prejudice (Doc. 19) between the parties hereto, by and between their counsel of record, and for good cause appearing,

IT IS HEREBY ORDERED that the above-captioned matter is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

The Clerk of Court is directed to notify the counsel of the making of this Order.

DATED this 8th day of January, 2025.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE